**Exhibit A to the Complaint**

**Location:** Queens, NY

**Total Works Infringed:** 47

**IP Address:** 173.77.66.46

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 9C80B087C925D30BA01F72FC0EAABD8EAADF588A<br>File Hash:<br>6B5DA385F81A777EE12E85036DA75583C5E8E489C435CE37C469E9E0EB289336 | 12-17-2023<br>23:06:56 | Blacked | 08-18-2017 | 10-10-2017 | PA0002086146 |
| 2 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash:<br>3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 12-12-2023<br>12:19:42 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 3 | Info Hash: 1D63168E762F9CB41AE4DBD6646599AD0EFF3911<br>File Hash:<br>7DD2139033B69D0F7D05663870327466216284B6FC4B0AF701F01CA5669E354D | 12-12-2023<br>07:28:57 | Blacked | 07-09-2017 | 08-17-2017 | PA0002077662 |
| 4 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash:<br>CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 12-12-2023<br>07:28:40 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 5 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash:<br>12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 12-11-2023<br>22:36:26 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 6 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 12-02-2023<br>06:19:47 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 7 | Info Hash: 513CB9E61DF411524C28BF1037BEBE3541C067E2<br>File Hash:<br>33E9869ED3AABCB074D518F13C1377C273B2C2DBA5DA24C030E5A537BD66EA8A | 12-02-2023<br>05:46:38 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 8 | Info Hash: 75AAFCC83F053540C564E26015234507AD59D40E<br>File Hash:<br>31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 12-01-2023<br>16:01:26 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 9 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash:<br>5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 12-01-2023<br>16:01:26 | Blacked Raw | 11-22-2019 | 12-17-2019 | PA0002217672 |
| 10 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash:<br>3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 12-01-2023<br>12:24:09 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 11 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash:<br>49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 11-29-2023<br>20:02:25 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 177CFD4D652475B5EF00F393977809C79A69B70B<br>File Hash:<br>E8EA6BADC1F18AC0C1695C21C0CD699BF59E094193E999894E1FB91A0921BC24 | 11-29-2023<br>17:00:22 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 13 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash:<br>44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 11-29-2023<br>13:56:40 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 14 | Info Hash: C5F97651D6D0ACCAF80962B6D247D3DB106817EF<br>File Hash:<br>E275AC4E3CC73AE8590AFE10FDDB66AD111E7FF023E5E17F9F8AE2B5513A30F8 | 11-29-2023<br>10:37:39 | Blacked | 03-31-2018 | 04-12-2018 | PA0002091516 |
| 15 | Info Hash: CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365<br>File Hash:<br>17D90F1C56E98B64B6E4CBBF8B8D48A6EC3E9722DC3BE20DF98D20AE75C8F86B | 11-28-2023<br>08:03:28 | Blacked | 04-15-2018 | 05-23-2018 | PA0002101306 |
| 16 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 11-27-2023<br>20:45:49 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 17 | Info Hash: 36CA566B791294B10D4FEAA33ACCF01A0C104D9D<br>File Hash:<br>143F97C3E918D78675ED6C038F72B691C3B94353A318E4489855619640DADAD6 | 11-27-2023<br>12:43:32 | Blacked | 08-23-2017 | 10-10-2017 | PA0002086163 |
| 18 | Info Hash: EBEE834CBC207F18830CB5622D75C34994B51261<br>File Hash:<br>836ED64C595CF03DA95016FB13B1DA6DCCEBA3CC630F114493DE3BB5E2943562 | 11-27-2023<br>12:37:19 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 19 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash:<br>83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 11-27-2023<br>12:28:37 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 20 | Info Hash: 95C8B15EF533C5F1F122A9DF55C3915956A10ED7<br>File Hash:<br>4CAEF4F10C5BF07082B3112EBF043FA44613098E2AAE0DA74FBCA5FA07B1DB70 | 11-27-2023<br>12:27:46 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 21 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash:<br>58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 11-27-2023<br>12:27:38 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 22 | Info Hash: 86424EE8D181B4E2792DB07224D7E9B9B41E21E1<br>File Hash:<br>F20848591B319F30E72B370873148FC9D2FAC25CC770BE17DDD30CD033F69B01 | 11-24-2023<br>07:08:03 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 23 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash:<br>654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 11-22-2023<br>22:38:51 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 11-16-2023<br>17:56:50 | Blacked<br>Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 25 | Info Hash: B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9<br>File Hash:<br>3907F5F1B4D7BDF3C32081D6DFECFDA0FFC5A500A4853B1F1B0294CA71241F2B | 11-16-2023<br>17:23:30 | Blacked<br>Raw | 04-12-2018 | 06-18-2018 | PA0002126637 |
| 26 | Info Hash: FF2B2FBA75B81F1CF9BEDF65C1291E750F461B19<br>File Hash:<br>DF01FAC71E200AADC39775BB000F3DF98A43F715767F321ED62A96342238B9BE | 11-16-2023<br>11:21:19 | Blacked | 05-20-2018 | 07-14-2018 | PA0002128469 |
| 27 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash:<br>EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 11-16-2023<br>10:59:55 | Blacked<br>Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 28 | Info Hash: 3A5E4C415C76A3E2F8353AEA8AA6257537CF36EE<br>File Hash:<br>ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 11-16-2023<br>10:59:26 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 29 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 11-14-2023<br>00:05:21 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 30 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash:<br>B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 11-13-2023<br>23:58:16 | Blacked<br>Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 31 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 11-09-2023<br>09:56:59 | Blacked<br>Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 32 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash:<br>C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 10-31-2023<br>15:00:50 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 33 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash:<br>F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 10-31-2023<br>14:02:40 | Blacked<br>Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 34 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash:<br>3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 10-27-2023<br>16:56:24 | Blacked<br>Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 35 | Info Hash: 3BD714763C5536AAE8CF6485420E9774E3BA4D32<br>File Hash:<br>5DE43EE7552822B45CA685E41E3307BD30C108832E68248F9721B01898F4E1BD | 10-11-2023<br>17:01:02 | Blacked<br>Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash:<br>1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 09-27-2023<br>22:59:36 | Blacked<br>Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |
| 37 | Info Hash: 8F436BFAC9B73E1165F0BD35643D90BD456AF01C<br>File Hash:<br>B723687F9DFDC85037458BABDE80B2675F135997F29468D187EF2314BEB20088 | 09-23-2023<br>01:56:15 | Blacked<br>Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 38 | Info Hash: 4F145967CCD38787636EC6DA9248256439CE65BC<br>File Hash:<br>DEB74769C1E4A8498037D50E26AEFD578C37308F00DC1588B11AF7FAA45BC1F4 | 09-23-2023<br>01:50:27 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |
| 39 | Info Hash: FB561E2EAEE9886F32EBDAFB0E56EAA50A955854<br>File Hash:<br>6AA246E1053E75CD8E3AA1BB20734CA1CB6C8394ABACDEA45BF2C55B8692FC85 | 09-23-2023<br>01:15:22 | Blacked<br>Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 40 | Info Hash: 211D233D9C2B006016050C04EDA54A388E7D1F0B<br>File Hash:<br>546CAF6FA59A9A0A696501E8EF7D33DB7CDCFF9C6ACD3836BCBDD743DF7DF1EC | 09-23-2023<br>01:15:07 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 41 | Info Hash: 8AFB7E0DE625A2E37049A7BC1A132E9F249A61F7<br>File Hash:<br>0E15474A04C6A1B0AA4778BBD73756A02616EE2DCCAE8696A1685766C90E2944 | 09-21-2023<br>07:33:47 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 42 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash:<br>B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 08-22-2023<br>14:42:41 | Blacked<br>Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 43 | Info Hash: 84B5ED39BB7D9B21873783ED628C76037D90E13A<br>File Hash:<br>98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 08-12-2023<br>18:54:57 | Blacked<br>Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 44 | Info Hash: F0EB5A6C5DAC99B7DD5281A3A341A4024E25C0F8<br>File Hash:<br>C36D715D9B1EEF6051D38B13AAE7634664EBF9751192811B3A9B481D706FFC77 | 08-08-2023<br>03:02:47 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 45 | Info Hash: FB560BD68E528E83E2AEC312856449EE1644DE44<br>File Hash:<br>7B00F7FE251F7BB6FA2E1A678722CE62F760C3A14357B64394F862ED05FAD346 | 08-04-2023<br>02:34:24 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 46 | Info Hash: 25A668442A16C993AF996FB080AEB7407E6B014C<br>File Hash:<br>E6C39601AD04B5FB38250F2346D5B691B3825AF2C956409A9275F11F241F6506 | 08-04-2023<br>02:33:40 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 47 | Info Hash: 7EC7D8A69E959827878CA2B204713488076172D5<br>File Hash:<br>400EB249A813414B23F052A99CA9A2F20877C3C408B7D9B20A8107A30ABA9BE4 | 08-01-2023<br>19:02:53 | Blacked<br>Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |